IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGAN LOVELLS US LLP,<br><br>Plaintiff<br><br>v.<br><br>S2 THERAPEUTICS, INC.<br><br>and<br><br>VATRING HOLDINGS, INC.,<br><br>Defendants | Civil Action No: _____<br><br>JURY TRIAL REQUESTED |

## **PETITION FOR REMOVAL**

COMES NOW Petitioner, Defendant S2 Therapeutics, Inc., ("S2 Therapeutics") by and through counsel, pursuant to 28 U.S.C. § 1441, *et seq*, and hereby files this Petition for Removal, of all claims against Defendants S2 Therapeutics and Vatring Holdings, Inc. (collectively, "Defendants") set forth in the Complaint filed by Plaintiff Hogan Lovells US LLP ("Hogan Lovells") in the Superior Court of the District of Columbia on May 12, 2015, Civil Action No: 2015 CA 003502 B (the "Complaint"). A copy of the Summons and Complaint was served on S2 Therapeutics on May 22, 2015.

Copies of all papers received in connection with the Complaint filed in the Superior Court of the District of Columbia, the D.C. state court suit (as that term is defined in 28 U.S.C. § 1332(e)), are filed herewith.

1. Hogan Lovells is a limited liability partnership organized under the laws of the District of Columbia with a principal office located at Columbia Square, 555 Thirteenth St. NW, Washington, D.C. Complaint ¶ 1.

2. S2 Therapeutics is a corporation organized and existing under the laws of Tennessee with a principal place of business located at 302 Rosedale Ln., Bristol, TN[1] 37620-5055, and no office in the District of Columbia. Complaint ¶ 2.

3. Defendant Vatring Holdings, Inc. ("Vatring Holdings") is a corporation organized under the laws of the State of Virginia with a principal place of business located at 1121 Virginia Ave., Bluefield, VA 24605-1236, and no office in the District of Columbia. Complaint ¶ 3.

4. As set forth in the pleadings, there is complete diversity of citizenship between the plaintiff and each of the defendants as required for this court's jurisdiction under 28 U.S.C. §§ 1332(a)(1) and (c)(1).

5. Hogan Lovells seeks relief in "the principal sum of $1,165,000" (exclusive of interest and costs), far exceeding the sum or value of the matter in

---

[1] Plaintiff incorrectly pled that S2 Therapeutics' principal place of business was located in Bristol, VA instead of the correct city of Bristol, TN.

controversy of $75,000.00 required to establish original jurisdiction of this civil action in this court under 28 U.S.C. § 1332(a). Complaint ¶ 9.

6. As set forth in the accompanying papers, and as alleged in the Complaint, Defendants have the right to remove this action from the Superior Court of the District of Columbia to the proper venue of the United States District Court for the District of Columbia due to Defendants' states of incorporation and principal places of business all being located outside of the District of Columbia. Under 28 U.S.C. § 1441 and principles of supplemental jurisdiction under 28 U.S.C. § 1367, the right to remove the entire case to this court is also proper.

7. WHEREFORE, S2 Therapeutics petitions for REMOVAL of all the claims set forth in the Complaint identified above to The United States District Court for the District of Columbia.

Respectfully submitted this the 11th day of June, 2015.

> Petitioner-Defendant
> S2 Therapeutics, Inc.
>
> By: _____
>
> Amanda Katzenstein
> D.C. Bar # 1010000
> Novak Druce Connolly
>     Bove + Quigg, LLP
> 1875 I Street, NW, 11th Floor
> Washington, DC 20006
> Tel: (202) 331-7111
> Fax: (202) 293-6229
> amanda.katzenstein@novakdruce.com

<u>Of Counsel</u>

Thomas P. Pavelko
D.C. Bar # 348144
Daniel P. Mullarkey
D.C. Bar # 1006400
Peter N. Lalos
D.C. Bar # 7450
Novak Druce Connolly
    Bove + Quigg, LLP
1875 I Street, NW, 11th Floor
Washington, DC 20006
Tel: (202) 331-7111
Fax: (202) 293-6229
tom.pavelko@novakdruce.com
daniel.mullarkey@novakdruce.com
peter.lalos@novakdruce.com

*Attorneys for Defendant S2 Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2015, a true and correct copy of the foregoing Petition for Removal was caused to be served on the following parties via first class mail as follows:

**Randell C. Ogg**
**1150 Connecticut Ave. NW, Fl. 9**
**Washington, D.C. 20036**
*Attorney for Plaintiff*
*Hogan Lovells US LLP*

**Vatring Holdings, Inc.**
**1121 Virginia Ave.**
**Bluefield, VA 24605-1236**
*Co-Defendant*

                                                  /s/ Amanda Katzenstein
                                                  Amanda Katzenstein